UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
CYRUS Y. KIM,                       )     No. C08-0688JLR
                                    )
                    Plaintiff,      )
        v.                          )     ORDER
                                    )
CITY OF FEDERAL WAY,                )
                                    )
                    Defendant.      )
_____)

This matter comes before the Court on plaintiff's "Motions [sic] for Reconsideration (for Recusal)." Dkt. # 22. Judge Robart correctly viewed plaintiff's motion for reconsideration as a request addressed to the undersigned and referred the matter for further review. Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Civil Rule 7(h)(1). Plaintiff has not met this burden. His motion for reconsideration is, therefore, DENIED.

Dated this 9th day of February, 2009.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
Chief Judge, United States District Court

ORDER