UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYRUS KIM,

                Plaintiff,

    v.

CITY OF FEDERAL WAY,

                Defendant.

CASE NO. C08-688JLR

ORDER DECLINING RECUSAL REQUEST

Before the court is Plaintiff Cyrus Kim's third motion for recusal (Dkt. # 34). The court, having considered Mr. Kim's motion, declines to recuse voluntarily. Local Rule W.D. Wash. GR 8(c). The matter is referred to the Honorable Robert S. Lasnik.

Dated this 2nd day of April, 2009.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER – 1